# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | | |
|---|---|---|
| 2M RESEARCH SERVICES, LLC, | ) | No. 17-1638C |
| | ) | (Senior Judge Robert H. Hodges, Jr.) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| VISION PLANNING & CONSULTING, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE A SUR-REPLY**

On January 24, 2018, plaintiff 2M Research Services, LLC (2M) filed a motion seeking leave to file a sur-reply. ECF docket no. 41. Although we do not agree with the arguments contained in the motion, nor understand the necessity of 2M's sur-reply, we do not oppose the filing of the sur-reply attached to 2M's motion. In addition, we will not be seeking leave to file a response to 2M's sur-reply.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR<br>Director |
|  | s/Martin F. Hockey, Jr.<br>MARTIN F. HOCKEY, JR.<br>Deputy Director |
| OF COUNSEL:<br>RINA MARTINEZ<br>HILARY J. FREUND<br>FEMA Office of Chief Counsel<br>Procurement & Fiscal Law Division | s/Nathanael B. Yale<br>NATHANAEL B. YALE<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0464<br>Facsimile: (202) 514-8624 |
|  | *Attorneys for Defendant* |
| February 2, 2018 |  |