# United States Court of Federal Claims

No. 17-1638 C
May 30, 2018

_____

**2M RESEARCH SERVICES, LLC,**

 *Plaintiff,*

**v.**

**UNITED STATES OF AMERICA,**

 *Defendant,*

**and**

**VISION PLANNING & CONSULTING, LLC,**

 *Defendant Intervenor.*

_____

## TRANSFER ORDER

 Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and for the efficient administration of justice, the above-captioned case is **TRANSFERRED** to the Honorable Loren A. Smith, who has agreed to the transfer.

 Accordingly, the Clerk of Court is directed to transfer the above-captioned case to the Honorable Loren A. Smith.

 **IT IS SO ORDERED.**

*s/Robert H. Hodges, Jr.*
Robert H. Hodges, Jr.
Senior Judge