UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 2M RESEARCH SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant<br><br>and<br><br>VISION PLANNING & CONSULTING, LLC,<br><br>Intervenor Defendant. | Case No.: 17-1638<br>Calendar 12: Hon. Loren A. Smith |

## PLAINTIFF'S MOTION FOR ENTRY OF PROPOSED ORDER

On July 30, 2018, Defendant United States of America ("FEMA"), Intervenor Defendant Vision Planning & Consulting, LLC ("VPC"), and Plaintiff 2M Research Services, LLC ("Plaintiff") (collectively "Parties"), attended a status conference with the Court. At that status conference, the Court informed the Parties of his intended resolution to the litigation and instructed Plaintiff to draft a Proposed Order. Pursuant to the Court's request, Plaintiff, by counsel, presents the attached Proposed Order and respectfully requests that this Court grant the desired injunctive relief.

Dated: August 3, 2018

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

*/s/ Jessica C. Abrahams*
Jessica C. Abrahams
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5361
Facsimile: (202) 842-8465
Email: Jessica.Abrahams@dbr.com

*Counsel for PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2018, I filed the above Motion via the Court's CM/ECF system, which provided service to all counsel of record.

/s/   *Jessica C. Abrahams*
Jessica C. Abrahams

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 2M RESEARCH SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant<br><br>and<br><br>VISION PLANNING & CONSULTING, LLC,<br><br>Intervenor Defendant. | Case No.:     17-1638<br>Calendar 12:  Hon. Loren A. Smith |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Judgment on the Administrative Record and any cross-motion and response by Defendant and Intervenor, it is hereby

**ORDERED** that the Motion is **GRANTED**; and further

**ORDERED** that the award to Vision Planning & Consulting, LLC ("VPC") be set aside; and further

**ORDERED** that FEMA be enjoined permanently from awarding the contract resulting from Solicitation No. HSFE40-16-R-0002 ("the Contract") to VPC; and further

**ORDERED** that VPC be enjoined permanently from performing the work required by the Contract; and further

**ORDERED** that FEMA award the Contract to 2M Research Services, LLC ("2M").

**SO ORDERED** this _____ day of _____, 2018.

_____
Hon. Loren A. Smith

Copies to:

Jessica Catherine Abrahams, Esq.
Drinker, Biddle & Reath
1500 K Street, N.W.
Suite 1100
Washington, DC 20005
Tel: (202) 230-5361
Fax: (202) 842-8465
Email: jessica.abrahams@dbr.com

***Counsel for Plaintiff 2M Research Services, LLC***

Nathanael Brown Yale, Esq.
U.S. Department of Justice (C)
Post Office Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-0464
Fax: (202) 514-8624
Email: nathanael.b.yale@usdoj.gov

***Counsel for Defendant United States of America***

Patrick Trent Rothwell, Esq.
PilieroMazza PLLC
888 17th Street, NW
Suite 1100
Washington, DC 20005
Tel: (202) 857-1000
Fax: (202) 857-0200
Email: prothwell@pilieromazza.com

***Counsel for Intervenor Defendant Vision Planning & Consulting, LLC***