**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| 2M RESEARCH SERVICES, LLC, | ) | No. 17-1638C |
| | ) | (Senior Judge Smith) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| VISION PLANNING & CONSULTING, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## JOINT STATUS REPORT

In accordance with the Court's August 30, 2018 order (ECF No. 57), plaintiff, 2M Research Services, LLC (2M), and defendant, the United States, respectfully submit this joint status report. The Federal Emergency Management Agency (FEMA) re-awarded the contract under Solicitation No. HSFE40-16-R-0002 to 2M, and the contract has been fully executed by 2M and FEMA.

| | |
|---|---|
| /s/ Jessica C. Abrahams<br>JESSICA C. ABRAHAMS<br>Drinker Biddle & Reath LLP<br>1500 K Street, N.W.<br>Washington, DC 20005-1209<br>(202) 230-5361 *office*<br>(202) 842-8465 *fax*<br>Jessica.Abrahams@dbr.com<br><br>*Attorneys for Plaintiff*<br><br><br><br><br><br>September 12, 2018 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR<br>Director<br><br>/s/Martin F. Hockey, Jr.<br>MARTIN F. HOCKEY, JR.<br>Deputy Director<br><br>/s/Nathanael B. Yale<br>NATHANAEL B. YALE<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-0464<br>Facsimile:  (202) 514-8624<br><br>OF COUNSEL:<br>RINA MARTINEZ<br>HILARY J. FREUND<br>FEMA Office of Chief Counsel<br>Procurement & Fiscal Law Division<br><br>*Attorneys for Defendant* |