# United States Court of Federal Claims

No. 17-1638
Filed: December 10, 2019

|  |  |
|---|---|
| 2M RESEARCH SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| VISION PLANNING & CONSULTING LLC, | ) |
| Defendant-Intervenor. | ) |

**ORDER**

Pursuant to the Court's October 28, 2019 Order, plaintiff filed supplemental Cost of Living Adjustment ("COLA") information on November 18, 2019. *See generally* Plaintiff's Response to October 28, 2019 Order to Supplement Request for Attorneys' Fees pursuant to the Equal Access to Justice Act (hereinafter "Pl.'s Resp."). On November 26, 2019, defendant filed a Motion for Leave to file a Response to a new issue that plaintiff raised in its response to the Court's October 28, 2019 order. *See generally* Defendant's Motion for Leave to File Opposition Brief. The Court granted that order on December 10, 2019. *See* Order granting Motion for Leave to File. On December 17, 2019, Plaintiff filed a motion for leave of Court to file a reply in support of supplemental filing. *See generally* Plaintiff's Motion for Leave to File reply in Support of Response to October 28, 2019 Order to Supplement the Request for Attorneys' Fees Pursuant to the Equal Access to Justice Act.

The Court finds that plaintiff's new issue, if legally applicable, could potentially impact the Court's decision, and that it benefits the administration of justice to obtain the parties' full briefing on the issue. For the foregoing reasons, plaintiff's MOTION is hereby **GRANTED**. Accordingly, the Court accepts the reply brief attached as an exhibit to Plaintiff's Motion for Leave to File a Reply Brief, ECF No. 78.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge