# United States Court of Federal Claims
No. 17-1638
Filed: January 8, 2020

|  |  |
|---|---|
| 2M RESEARCH SERVICES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| VISION PLANNING & CONSULTING LLC, | ) ) ) |
| Defendant-Intervenor. | ) |

**ORDER**

    Pursuant to the Court's October 28, 2019 Order, plaintiff filed supplemental Cost of Living Adjustment ("COLA") information on November 18, 2019. *See generally* Plaintiff's Response to October 28, 2019 Order to Supplement Request for Attorneys' Fees pursuant to the Equal Access to Justice Act (hereinafter "Pl.'s Resp."). As plaintiff's filing raised potentially new issues, the Court allowed defendant to file a response to plaintiff's October 28, 2019 filing, and permitted plaintiff to file a reply in support of supplemental filing. On December 31, 2019, defendant filed a motion for leave to file a sur-reply. *See generally* Defendant's Motion for Leave to File Sur Reply. Plaintiff opposed defendant's motion in its Response on January 6, 2020.

    As the new argument raised in plaintiff's December 17, 2019 filing could potentially impact the Court's decision, defendant's MOTION is hereby **GRANTED**. Accordingly, the Court accepts the reply brief attached as an exhibit to Defendant's Motion for Leave to File Sur Reply, ECF No. 80.

    **IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge