# In the United States Court of Federal Claims

No. 17-1638 C
Filed: March 23, 2019

2M RESEARCH SERVICES, LLC
      Plaintiff

  v.

THE UNITED STATES
      Defendant                                       JUDGMENT

  and

VISION PLANNING & CONSULTING LLC
      Defendant-Intervenor

Pursuant to the court's Opinion and Order, filed March 23, 2020, granting in part and denying in part, plaintiff's application for fees and costs,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff is awarded $97,169.13 in attorneys' fees and costs pursuant to 28 U.S.C. § 2412(d).  Said amount is to be paid by the subject agency as provided for in 28 U.S.C. § 2412(d).

                                        Lisa L. Reyes
                                        Clerk of Court

                    By:     s/ Debra L. Samler

                                        Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.